

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00028-CV

Carmelita **RILEY** and Anthony Pena,
Appellants

v.

Lizette **TORRES**, Paula Pueblitz, San Juanita Valdez and Puig Management and Rentals LLC.,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2012CVF001192-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are taxed against Appellants Carmelita Riley and Anthony Pena.

SIGNED March 5, 2014.

_____
Karen Angelini, Justice